AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>FEDEX PARCEL BEARING TRACKING NUMBER<br>5350 8989 8791 | ) ) ) Case No. 13-mj-1095-RBC<br>) ) ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of __Massachusetts__
*(identify the person or describe the property to be searched and give its location):*
One FedEx Parcel bearing tracking label number 5350 8989 8791, as described more fully in Attachment A (A-5) hereto and incorporated herein by reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment B attached hereto and incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __APR 3 0 2013__
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Robert B. Collings__ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____

Date and time issued: __APR 16 2013  2:17 pm__           _/s/ Judge's signature_

City and state: Boston, Massachusetts  HON. ROBERT B. COLLINGS Magistrate Judge Robert B. Collings
UNITED STATES MAGISTRATE   *Printed name and title*
United States District Cou[rt]
John Joseph Moakley United State[s Courthouse]
1 Courthouse Way, Suite [...]
Boston, Massachuset[ts ...]

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 13-MJ-1095-RBC | Date and time warrant executed: <br> 4/23/13  1059 am | Copy of warrant and inventory left with: <br> Norwood PD |
| Inventory made in the presence of: <br> Special Agents Richard Atwood and Robert Fisher |||
| Inventory of the property taken and name of any person(s) seized: <br><br> - 2 orange Home Depot 5 gallon buckets with duct tape wrapped around the lid <br>    # 1 lid had the word "pineapple" written on it; weight 7.724 lbs <br>    # 1 lid had the word "pine express" written on it; weight 7.604 lbs <br> - contents of buckets; green leafy substance <br> - cardboard shipping boxes |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/23/13

_Executing officer's signature_

Richard Atwood - Special Agent
_Printed name and title_

## ATTACHMENT A

(Description of Property to be Searched)

The SUBJECT PARCELS are FedEx Parcels bearing tracking label numbers 5350 8989 8894, 5350 8989 8839, 5350 8989 8872, 5350 8989 8883, 5350 8989 8791, 5350 8989 8806, and 5350 8989 8780, and are more particularly described as follows:

1. FedEx parcel bearing tracking label number 5350 8989 8894, addressed to "Daphne JEAN APT 106 250 Engamore Lane Norwood MA 02062," with a return address of "Karen JEAN 535 Hyde St San Francisco, CA 94102 (referred to as Package A-1);

2. FedEx parcel bearing tracking label number 5350 8989 8839, addressed to "Daphne JEAN APT 106 250 Engamore Lane Norwood MA 02062," with a return address of "Karen JEAN 535 Hyde St San Francisco, CA 94102 (referred to as Package A-2);

3. FedEx parcel bearing tracking label number 5350 8989 8872, addressed to "Daphne JEAN APT 106 250 Engamore Lane Norwood MA 02062," with a return address of "Karen JEAN 535 Hyde St San Francisco, CA 94102

1

(referred to as Package A-3);

4. FedEx parcel bearing tracking label number 5350 8989 8883, addressed to "Daphne JEAN APT 106 250 Engamore Lane Norwood MA 02062," with a return address of "Karen JEAN 535 Hyde St San Francisco, CA 94102," (referred to as Package A-4);

5. FedEx parcel bearing tracking label number 5350 8989 8791, addressed to "Linden JAGGON Apt. 67 5300 Washington St West Roxbury, MA 02132," with a return address of "Ann JAGGON 248 Hyde St San Francisco, CA 94102 (referred to as Package A-5);

6. FedEx parcel bearing tracking label number 5350 8989 8806, addressed to "Linden JAGGON Apt. 67 5300 Washington St West Roxbury, MA 02132," with a return address of "Ann JAGGON 248 Hyde St San Francisco, CA 94102 (hereinafter referred to as Package A-6); and

7. FedEx parcel bearing tracking label number 5350 8989 8780, addressed to "Linden JAGGON Apt. 67 5300 Washington St West Roxbury, MA 02132,"

with a return address of "Ann JAGGON 248 Hyde St San Francisco, CA 94102" (hereinafter referred to as Package A-7).

Each SUBJECT PARCEL is approximately 23 inches long, 18 inches wide, and 14 inches deep, and each weighs approximately 20 pounds. The parcels are currently in the possession of the Norwood Police Department.



## PICTURE OF PACKAGE A-5





## ATTACHMENT B

(Items to be searched for and seized)

Items, documents, records, files, and other information that constitutes evidence, fruits, and/or other instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) and 846, including but not limited to narcotics, money, records relating to narcotics and/or money, and/or records relating to the identity of the individual who shipped the package or the intended recipient of the package.

11

